## UNITED STATE BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br><br>Van Woo<br><br>          **Debtor.** | Case No. 20-11645<br>Chapter 7 |
| American Nation Bank<br><br>          **Plaintiff,**<br><br>v.<br><br>Van Woo<br><br>          **Defendant.** | Adv. Proc. No. 21-01024-M |

## AFFIDAVIT OF KAREN WOO

STATE OF OKLAHOMA    )
                            ) ss.
COUNTY OF TULSA       )

The undersigned, of lawful age, being first duly sworn, deposes and states as follows:

1.      I have personal knowledge of the matters referred to in this affidavit.

2.      Attached to this Affidavit as Exhibit 1.1 are true and correct copies of portions of bank statements regarding a checking account owned by The Karen Woo Revocable Living Trust dated June 2, 2011, as amended. I am a trustee of The Karen Woo Revocable Living Trust.

3.      Through my counsel, I have produced individually or as trustee of my trust over 1,500 pages of documents to American Nation Bank in discovery in this case.

4.      My husband, Van Woo, and I each pay a portion of the expenses for our household out of our respective separate assets.

Further, Affiant saith not.

Exhibit 1

_____

KAREN WOO

SIGNED AND SWORN TO before me this 16th day of November, 2022 by Karen Woo.

(SEAL)

Notary Public

My commission number:

My commission expires:

_____

6196973.1

Exhibit  1

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
01-15-18 to 02-14-18

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

0004604 T092520215180314400 00000 01 000000000 00018984 003 OKLEL1

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK 74037

**www.bok.com**

8 Images Provided Page 1 of 5



## ADVANTAGE

ACCOUNT: 7450

Statement Period from 01-15-18 through 02-14-18

| | | Amount |
|---|---|---|
| $ | Starting Balance | 45,632.18 |
| + | 4 Deposits | 118.06 |
| - | 18 Checks & Withdrawals | 7,231.43 |
| - | Service Fees | .00 |
| = | Ending Balance | 38,518.81 |

**+ DEPOSITS**

| Date | | Amount |
|---|---|---|
| 01-22 | DEPOSIT - MOBILE | 6.50 |
| 01-29 | DEPOSIT - MOBILE | 60.00 |
| 01-29 | DEPOSIT - MOBILE | 51.20 |
| 02-14 | INTEREST CREDIT | .36 |

**— WITHDRAWALS**

| Date | | | | | Amount |
|---|---|---|---|---|---|
| 01-16 | CHASE CREDIT CRD | AUTOPAY | *****0000280596 | | 384.72 |
| 01-16 | CCRWD2 | PAYMENT | *****01892 | | 59.75 |
| 01-17 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | | 197.54 |
| 01-22 | NAVIENT | NAVI DEBIT | *****966671001F | | 608.52 |
| 01-29 | CHICK-FIL-A #02089 | CHK CARD PUR TULSA | | OK 004195 | 2.33 |
| 01-29 | SAMS CLUB #4839 | CHK CARD PUR TULSA | | OK 014087 | 31.13 |
| 01-31 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | | 198.58 |
| 02-05 | 9520 S DELAWARE | ATM CASH W/D TULSA | | OK 007204 | 60.00 |

Exhibit 1.1

**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

KWRLT_000180

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
02-15-18 to 03-14-18

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

0004732  T0925203151803293700 00000 01 000000000 00018993 003 OKLEL1

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

4 Images Provided Page 1 of 5

## ADVANTAGE

ACCOUNT: 7450



Statement Period from 02-15-18 through 03-14-18

|  |  | Amount |
|---|---|---|
| $ | Starting Balance | 38,518.81 |
| + | 1  Deposits | .27 |
| - | 15  Checks & Withdrawals | 9,761.06 |
| - | Service Fees | .00 |
| = | Ending Balance | 28,758.02 |

 **DEPOSITS**

| Date |  | Amount |
|---|---|---|
| 03-14 | INTEREST CREDIT | .27 |

**WITHDRAWALS**

| Date |  |  |  |  | Amount |
|---|---|---|---|---|---|
| 02-16 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | | 238.11 |
| 02-16 | CCRWD2 | PAYMENT | *****01892 | | 66.55 |
| 02-21 | NAVIENT | NAVI DEBIT | *****966671001F | | 608.52 |
| 02-26 | ARCO #42326 | CHK CARD PUR WHITTIER | CA 159523 | | 15.36 |
| 02-28 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | | 223.11 |
| 03-05 | SAMSCLUB #4839 | CHK CARD PUR TULSA | OK 594754 | | 27.93 |
| 03-05 | SAMSCLUB #4839 | CHK CARD PUR TULSA | OK 252858 | | 31.30 |
| 03-05 | BARCLAYCARD US | CREDITCARD | *****6233 | | 6,187.41 |
| 03-06 | ONG | UTLTYPYMNT | | | 97.69 |
|  | Check Nbr. | 134 | | | |
| 03-09 | JPWA | UTILITY DD | 35-1910-00 | | 19.06 |



Exhibit 1.1

**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
03-15-18 to 04-14-18

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

0001766  T09252041418040143000 00000 02 000000000 00081779 003 OKLEL2

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

**www.bok.com**

3 Images Provided Page 1 of 5



## ADVANTAGE

ACCOUNT:       7450

Statement Period from 03-15-18 through 04-14-18

| | | |
|---|---|---|
| $ | Starting Balance | 28,758.02 |
| + | 1  Deposits | .22 |
| - | 16  Checks & Withdrawals | 5,672.66 |
| - | Service Fees | .00 |
| = | Ending Balance | 23,085.58 |



**+ DEPOSITS**

| Date | | Amount |
|---|---|---|
| 04-13 | INTEREST CREDIT | .22 |



**— WITHDRAWALS**

| Date | | | | | Amount |
|---|---|---|---|---|---|
| 03-16 | CCRWD2 | PAYMENT | *****01892 | | 82.45 |
| 03-19 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | | 202.62 |
| 03-21 | NAVIENT | NAVI DEBIT | *****966671001F | | 608.52 |
| 03-21 | PSO | CHECKPAYMT | | | 30.34 |
| | Check Nbr. | 554 | | | |
| 03-22 | COSTCO WHSE #1207 | CHK CARD PUR TULSA | | OK 007989 | 19.31 |
| 03-22 | WAL-MART #4615 | POS PURCHASE GLENPOOL | | OK 058743 | 31.77 |
| 03-23 | COSTCO WHSE #1207 | CHK CARD PUR TULSA | | OK 003425 | 109.73 |
| 03-23 | COSTCO WHSE #1207 | CHK CARD PUR TULSA | | OK 001543 | 4.88 |
| 03-26 | COSTCO WHSE #1207 | CHK CARD PUR TULSA | | OK 008998 | 26.84 |
| 03-29 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | | 207.28 |

Exhibit 1.1

**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

0004250 T0925205151803314900 00000 01 000000000 00018441 003 OKLEL1

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

PRIMARY ACCOUNT
7450

Statement Period:
04-15-18 to 05-14-18

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

6 Images Provided Page 1 of 5

## ADVANTAGE

ACCOUNT:          7450



Statement Period from 04-15-18 through 05-14-18

| | | |
|---|---|---|
| $ | Starting Balance | 23,085.58 |
| + | 1   Deposits | .15 |
| - | 13  Checks & Withdrawals | 10,626.06 |
| - | Service Fees | .00 |
| = | Ending Balance | 12,459.67 |



**DEPOSITS**

| Date | | Amount |
|---|---|---|
| 05-14 | INTEREST CREDIT | .15 |



**WITHDRAWALS**

| Date | | | | Amount |
|---|---|---|---|---|
| 04-16 | CCRWD2 | PAYMENT | *****01892 | 66.55 |
| 04-17 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | 165.75 |
| 04-23 | NAVIENT | NAVI DEBIT | *****966671001F | 608.52 |
| 04-25 | PSO | CHECKPAYMT | | 31.15 |
| | Check Nbr. | 563 | | |
| 04-27 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 130.49 |
| 05-03 | BARCLAYCARD US | CREDITCARD | *****3892 | 7,305.29 |
| 05-09 | JPWA | UTILITY DD | 35-1910-00 | 19.06 |

Exhibit 1.1

**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

0002149  T0925206151803322700 00000 01 000000000 00016365 002 OKLEL1

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

PRIMARY ACCOUNT
7450

Statement Period:
05-15-18 to 06-14-18

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

4 Images Provided Page 1 of 4

## ADVANTAGE

ACCOUNT:          7450



Statement Period from 05-15-18 through 06-14-18

| | | |
|---|---|---|
| $  Starting Balance | | 12,459.67 |
| +    1  Deposits | | .09 |
| -   12  Checks & Withdrawals | | 5,432.58 |
| -  Service Fees | | .00 |
| =  Ending Balance | | 7,027.18 |



### DEPOSITS

| Date | | Amount |
|---|---|---|
| 06-14 INTEREST CREDIT | | .09 |



### WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---|
| 05-16 CCRWD2 | PAYMENT | *****01892 | | 61.25 |
| 05-17 AMER ELECT PWR | CPPWDRAWAL | *****58371 | | 171.11 |
| 05-21 NAVIENT | NAVI DEBIT | *****966671001F | | 436.96 |
| 05-21 ONG | UTLTYPYMNT | | | 76.61 |
|       Check Nbr. | 567 | | | |
| 05-22 AMERICAN ELECTRI | CHECKPYMT | | | 27.60 |
|       Check Nbr. | 568 | | | |
| 05-30 OK NATURAL GAS | UTIL PAYMT | *****7441096154 | | 120.03 |
| 06-04 BARCLAYCARD US | CREDITCARD | *****8259 | | 3,718.32 |
| 06-11 JPWA | UTILITY DD | 35-1910-00 | | 19.06 |

Exhibit 1.1

**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

018 000000      7450 000000003306739 06142018 0115       00002149-0004094-0001-0004-T0925206151803322700-01-L

KWRLT_000200

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
06-15-18 to 07-14-18

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

0002396  T092520714180406100 00000 02 000000000 00083053 003 OKLEL2

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

5 Images Provided Page 1 of 5

## ADVANTAGE

ACCOUNT:         7450



Statement Period from 06-15-18 through 07-14-18

| | | |
|---|---|---|
| $ | Starting Balance | 7,027.18 |
| + | 6  Deposits | 513.09 |
| - | 19  Checks & Withdrawals | 7,540.24 |
| - | Service Fees | .00 |
| = | Ending Balance | .03 |

---

## + DEPOSITS

| Date | | | Amount |
|---|---|---|---|
| 07-05 | FUNDS TRANSFER FROM | 9809 | 3.83 |
| 07-06 | FUNDS TRANSFER FROM | 9809 | 34.17 |
| 07-09 | FUNDS TRANSFER FROM | 9809 | 373.56 |
| 07-12 | FUNDS TRANSFER FROM | 9809 | 44.85 |
| 07-13 | FUNDS TRANSFER FROM | 9809 | 56.65 |
| 07-13 | INTEREST CREDIT | | .03 |

---



## — WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---|
| 06-15 | AMER ELECT PWR | CPPWDRAWAL  *****58371 | | 219.22 |
| 06-18 | COSTCO GAS #1207 | CHK CARD PUR TULSA | OK 091514 | 42.58 |
| 06-18 | CCRWD2 | PAYMENT  *****01892 | | 77.15 |
| 06-20 | AMERICAN ELECTRI | CHECKPYMT | | 23.37 |
| | Check Nbr. | 573 | | |
| 06-27 | OK NATURAL GAS | UTIL PAYMT  *****7441096154 | | 58.79 |



Exhibit 1.1

**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
07-15-18 to 08-14-18

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

0002167  T0925208151803405500 00000 01 000000000 00016369 002 OKLEL1

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

Page 1 of 3

---

## ADVANTAGE

ACCOUNT:     7450



Statement Period from 07-15-18 through 08-14-18

| | | |
|---|---|---|
| $ | Starting Balance | .03 |
| + | 3  Deposits | 20,000.08 |
| - | 8  Checks & Withdrawals | 10,150.30 |
| - | Service Fees | .00 |
| = | Ending Balance | 9,849.81 |

---

**+   DEPOSITS**

| Date | | | Amount |
|---|---|---|---|
| 07-16 | INTERNET XFER FROM MMA | 9809 | 10,000.00 |
| 08-01 | INTERNET XFER FROM MMA | 9809 | 10,000.00 |
| 08-14 | INTEREST CREDIT | | .08 |

---

**—   WITHDRAWALS**



| Date | | | | Amount |
|---|---|---|---|---|
| 07-16 | CCRWD2 | PAYMENT      *****01892 | | 87.75 |
| 07-17 | WAL-MART #4615 | POS PURCHASE GLENPOOL | OK 030467 | 105.87 |
| 07-17 | WAL Wal-Mart Super | POS PURCHASE GLENPOOL | OK 596052 | 5.34 |
| 07-17 | AMER ELECT PWR | CPPWDRAWAL   *****58371 | | 385.31 |
| 07-27 | OK NATURAL GAS | UTIL PAYMT   *****7441096154 | | 55.59 |
| 08-03 | BARCLAYCARD US | CREDITCARD   *****0442 | | 9,417.90 |
| 08-06 | ONG | UTLTYPYMNT | | 73.48 |
| | | Check Nbr.     579 | | |
| 08-09 | JPWA | UTILITY DD  35-1910-00 | | 19.06 |



Exhibit 1.1

**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

018 000000     7450 000000003306739 08142018 0115          00002167-0004123-0001-0003-T0925208151803405500-01-L

KWRLT_000209

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

0013838  T0925209151804182100 00000 01 000000000 00069428 003 OKLEL1

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

PRIMARY ACCOUNT
7450

Statement Period:
08-15-18 to 09-14-18

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

3 Images Provided Page 1 of 5



**ADVANTAGE**                                    ACCOUNT:          7450

Statement Period from 08-15-18 through 09-14-18

| | | |
|---|---|---:|
| $ | Starting Balance | 9,849.81 |
| + | 2  Deposits | 16,000.08 |
| - | 15  Checks & Withdrawals | 19,690.88 |
| - | Service Fees | .00 |
| = | Ending Balance | 6,159.01 |

## + DEPOSITS

| Date | | | Amount |
|---|---|---|---:|
| 08-27 | INTERNET XFER FROM MMA | 9809 | 16,000.00 |
| 09-14 | INTEREST CREDIT | | .08 |

## — WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---:|
| 08-16 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | 469.99 |
| 08-16 | CCRWD2 | PAYMENT | *****01892 | 82.45 |
| 08-21 | AMERICAN ELECTRI | CHECKPYMT | | 86.66 |
| | Check Nbr. | 581 | | |
| 08-28 | BARCLAYCARD US | CREDITCARD | *****2695 | 11,900.00 |
| 08-28 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 65.06 |
| 09-04 | REASOR'S #20 | POS PURCHASE JENKS | OK 728121 | 25.13 |
| 09-04 | BARCLAYCARD US | CREDITCARD | *****0596 | 3,436.65 |
| 09-10 | WESTLAKE HARDWARE | CHK CARD PUR TULSA | OK 000420 | 39.02 |
| 09-10 | WESTLAKE HARDWARE | CHK CARD PUR TULSA | OK 000424 | 24.12 |





Exhibit 1.1

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

0013845  T0925210131804121000 00000 01 000000000 00071559 003 OKLEL1

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

PRIMARY ACCOUNT
7450

Statement Period:
09-15-18 to 10-14-18

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

www.bok.com

8 Images Provided Page 1 of 5

## ADVANTAGE                                   ACCOUNT:        7450



Statement Period from 09-15-18 through 10-14-18

| | | |
|---|---|---|
| $ | Starting Balance | 6,159.01 |
| + | 2  Deposits | 8,000.06 |
| - | 16  Checks & Withdrawals | 8,072.26 |
| - | Service Fees | .00 |
| = | Ending Balance | 6,086.81 |

## + DEPOSITS

| Date | | | Amount |
|---|---|---|---|
| 10-04 | INTERNET XFER FROM MMA | 9809 | 8,000.00 |
| 10-12 | INTEREST CREDIT | | .06 |

## — WITHDRAWALS



| Date | | | | Amount |
|---|---|---|---|---|
| 09-17 | CCRWD2 | PAYMENT | *****01892 | 87.75 |
| 09-24 | ONG | UTLTYPYMNT | | 38.02 |
| | Check Nbr. | 587 | | |
| 09-25 | AMERICAN ELECTRI | CHECKPYMT | | 59.49 |
| | Check Nbr. | 586 | | |
| 09-28 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 59.41 |
| 10-03 | BARCLAYCARD US | CREDITCARD | *****0532 | 2,502.41 |
| 10-09 | JPWA | UTILITY DD | 35-1910-00 | 19.06 |
| 10-10 | ONG | UTLTYPYMNT | | 37.86 |
| | Check Nbr. | 592 | | |

Exhibit 1.1

FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE



# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
10-15-18 to 11-14-18

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

0002121  T0925211151803380800 00000 01 000000000 00016352 002 OKLEL1

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

2 Images Provided Page 1 of 4

## ADVANTAGE                                    ACCOUNT:          7450



Statement Period from 10-15-18 through 11-14-18

| | | |
|---|---|---:|
| $ | Starting Balance | 6,086.81 |
| + | 2  Deposits | 10,000.05 |
| - | 10  Checks & Withdrawals | 13,140.09 |
| - | Service Fees | .00 |
| = | Ending Balance | 2,946.77 |

**+ DEPOSITS**



| Date | | | Amount |
|---|---|---|---:|
| 10-26 | INTERNET XFER FROM MMA | 9809 | 10,000.00 |
| 11-14 | INTEREST CREDIT | | .05 |

**— WITHDRAWALS**

| Date | | | | Amount |
|---|---|---|---|---:|
| 10-16 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | 373.17 |
| 10-16 | CCRWD2 | PAYMENT | *****01892 | 124.85 |
| 10-17 | WENDY'S 12 | CHK CARD PUR EL DORADO | AR 019839 | 10.58 |
| 10-29 | BARCLAYCARD US | CREDITCARD | *****9706 | 2,000.00 |
| 10-29 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 62.24 |
| 11-05 | BARCLAYCARD US | CREDITCARD | *****3195 | 7,906.52 |
| 11-09 | JPWA | UTILITY DD | 35-1910-00 | 19.06 |
| 11-14 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | 216.75 |



Exhibit 1.1

**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

0006387 T092521215180416590 00000 01 000000000 00062154 002 OKLEL1

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

PRIMARY ACCOUNT
7450

Statement Period:
11-15-18 to 12-14-18

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

2 Images Provided Page 1 of 4

## ADVANTAGE
ACCOUNT:                    7450



Statement Period from 11-15-18 through 12-14-18

| | | |
|---|---|---:|
| $ | Starting Balance | 2,946.77 |
| + | 2  Deposits | 3,200.03 |
| - | 7  Checks & Withdrawals | 3,849.77 |
| - | Service Fees | .00 |
| = | Ending Balance | 2,297.03 |

### + DEPOSITS

| Date | | Amount |
|---|---|---:|
| 11-26 INTERNET XFER FROM MMA | 9809 | 3,200.00 |
| 12-14 INTEREST CREDIT | | .03 |

### — WITHDRAWALS



| Date | | | | Amount |
|---|---|---|---|---:|
| 11-16 CCRWD2 | PAYMENT | *****01892 | | 87.75 |
| 11-23 WM SUPERCENTER # | POS PURCHASE CHICKASHA | | OK 065238 | 13.70 |
| 11-28 OK NATURAL GAS | UTIL PAYMT | *****7441096154 | | 67.86 |
| 12-03 BARCLAYCARD US | CREDITCARD | *****8236 | | 3,204.40 |
| 12-10 JPWA | UTILITY DD | 35-1910-00 | | 19.06 |



Exhibit 1.1

**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

KWRLT_000226

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
12-15-18 to 01-14-19

0004397  T0925201151903372000 00000 01 000000000 00018625 003 OKLEL1

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

5 Images Provided Page 1 of 5



| ADVANTAGE | | ACCOUNT: | 7450 |

Statement Period from 12-15-18 through 01-14-19

| | | Amount |
|---|---|---:|
| $ | Starting Balance | 2,297.03 |
| + | 5   Deposits | 10,500.03 |
| - | 7   Checks & Withdrawals | 9,818.39 |
| - | Service Fees | .00 |
| = | Ending Balance | 2,978.67 |

## ＋ DEPOSITS

| Date | | | Amount |
|---|---|---|---:|
| 12-17 | INTERNET XFER FROM MMA | 9809 | 6,300.00 |
| 12-18 | DEPOSIT - MOBILE | | 800.00 |
| 12-21 | DEPOSIT - MOBILE | | 500.00 |
| 01-02 | INTERNET XFER FROM MMA | 9809 | 2,900.00 |
| 01-14 | INTEREST CREDIT | | .03 |

## — WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---:|
| 12-17 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | 173.33 |
| 12-17 | CCRWD2 | PAYMENT | *****01892 | 82.45 |
| 12-31 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 124.67 |
| 01-03 | BARCLAYCARD US | CREDITCARD | *****9647 | 2,816.37 |



Exhibit 1.1

**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
01-15-19 to 02-14-19

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

0004654  T0925202151903352000 00000 01 000000000 00018944 003 OKLEL1

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

4 Images Provided Page 1 of 5

## ADVANTAGE

ACCOUNT:        7450



Statement Period from 01-15-19 through 02-14-19

| | | |
|---|---|---|
| $ | Starting Balance | 2,978.67 |
| + | 6   Deposits | 11,231.03 |
| - | 11  Checks & Withdrawals | 3,709.66 |
| - | Service Fees | .00 |
| = | Ending Balance | 10,500.04 |

### + DEPOSITS

| Date | | | Amount |
|---|---|---|---|
| 02-04 | FUNDS TRANSFER FROM | 9809 | 423.88 |
| 02-05 | FUNDS TRANSFER FROM | 9809 | 292.50 |
| 02-06 | FUNDS TRANSFER FROM | 9809 | 14.61 |
| 02-07 | DEPOSIT - MOBILE | | 500.00 |
| 02-07 | INTERNET XFER FROM MMA | 9809 | 10,000.00 |
| 02-14 | INTEREST CREDIT | | .04 |

### — WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---|
| 01-16 | CCRWD2 | PAYMENT | *****01892 | 82.45 |
| 01-17 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | 231.16 |
| 01-18 | JPWA | UTILITY DD | 35-1910-00 | 19.06 |
| 01-30 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 219.64 |
| 02-04 | BARCLAYCARD US | CREDITCARD | *****7574 | 2,789.24 |
| 02-04 | OD PROTECTION FEE | | | 7.50 |

Exhibit 1.1

**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

0002300  T0925203151903461600 00000 01 000000000 00016800 002 OKLEL1

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

PRIMARY ACCOUNT
7450

Statement Period:
02-15-19 to 03-14-19

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

5 Images Provided Page 1 of 4

## ADVANTAGE                                    ACCOUNT:        7450



Statement Period from 02-15-19 through 03-14-19

| | | |
|---|---|---:|
| $ | Starting Balance | 10,500.04 |
| + | 3  Deposits | 51.28 |
| - | 8  Checks & Withdrawals | 6,806.25 |
| - | Service Fees | .00 |
| = | Ending Balance | 3,745.07 |

 **DEPOSITS**

| Date | | Amount |
|---|---|---:|
| 03-04 | DEPOSIT - MOBILE | 25.00 |
| 03-04 | DEPOSIT - MOBILE | 26.22 |
| 03-14 | INTEREST CREDIT | .06 |

 WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---:|
| 02-19 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | 224.72 |
| 02-19 | CCRWD2 | PAYMENT | *****01892 | 148.15 |
| 02-19 | JPWA | UTILITY DD | 35-1910-00 | 19.06 |
| 02-28 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 221.92 |
| 03-04 | BARCLAYCARD US | CREDITCARD | *****6202 | 4,442.40 |



Exhibit 1.1

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
03-15-19 to 04-14-19

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

0013548  T092520413190422900 00000 01 000000000 00072262 003 OKLEL1

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

5 Images Provided Page 1 of 5

| ADVANTAGE | ACCOUNT: | 7450 |
|---|---|---|



Statement Period from 03-15-19 through 04-14-19

| | | |
|---|---|---|
| $ | Starting Balance | 3,745.07 |
| + | 8  Deposits | 22,795.57 |
| - | 12  Checks & Withdrawals | 15,940.60 |
| - | Service Fees | .00 |
| = | Ending Balance | 10,600.04 |

## + DEPOSITS

| Date | | | Amount |
|---|---|---|---|
| 03-18 | PAYPAL | VERIFYBANK  4XSPPWT9KJALL | .10 |
| 03-18 | PAYPAL | VERIFYBANK  4XSVDTKS2TALL | .06 |
| 03-18 | INTERNET XFER FROM MMA | 9809 | 8,200.00 |
| 03-21 | INTERNET XFER FROM MMA | 9809 | 1,153.00 |
| 04-08 | FUNDS TRANSFER FROM | 9809 | 2,842.37 |
| 04-11 | DEPOSIT - MOBILE | | 600.00 |
| 04-11 | INTERNET XFER FROM MMA | 9809 | 10,000.00 |
| 04-12 | INTEREST CREDIT | | .04 |

## — WITHDRAWALS



| Date | | | Amount |
|---|---|---|---|
| 03-18 | CCRWD2 | PAYMENT  *****01892 | 142.75 |
| 03-18 | JPWA | UTILITY DD  35-1910-00 | 19.06 |
| 03-18 | PAYPAL | VERIFYBANK  4XSPRQZW86JLL | .16 |
| 03-19 | AMER ELECT PWR | CPPWDRAWAL  *****58371 | 259.44 |

Exhibit 1.1

# **BANK OF OKLAHOMA**

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
04-15-19 to 05-14-19

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

0002132  T092520515190351410000000 01 000000000 00016837 002 OKLEL1

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

**www.bok.com**

6 Images Provided Page 1 of 4



## ADVANTAGE

ACCOUNT:          7450

Statement Period from 04-15-19 through 05-14-19

| | | |
|---|---|---|
| $ | Starting Balance | 10,600.04 |
| + | 3  Deposits | 5,400.07 |
| - | 9  Checks & Withdrawals | 7,338.44 |
| - | Service Fees | .00 |
| = | Ending Balance | 8,661.67 |

 DEPOSITS

| Date | | Amount |
|---|---|---|
| 05-03 | DEPOSIT - MOBILE | 5,000.00 |
| 05-09 | DEPOSIT - MOBILE | 400.00 |
| 05-14 | INTEREST CREDIT | .07 |

 WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---|
| 04-16 | CCRWD2 | PAYMENT | *****01892 | 94.15 |
| 04-17 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | 224.72 |
| 04-18 | JPWA | UTILITY DD | 35-1910-00 | 19.06 |
| 04-26 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 223.37 |
| 05-03 | BARCLAYCARD US | CREDITCARD | *****5476 | 5,626.38 |



Exhibit 1.1

**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
05-15-19 to 06-14-19

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

0006381 T0925206151904464200 00000 01 000000000 00066606 002 OKLEL1

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

**www.bok.com**

5 Images Provided Page 1 of 4

## ADVANTAGE

ACCOUNT:                    7450



Statement Period from 05-15-19 through 06-14-19

| | | |
|---|---|---|
| $ | Starting Balance | 8,661.67 |
| + | 5  Deposits | 6,810.07 |
| - | 7  Checks & Withdrawals | 5,102.18 |
| - | Service Fees | .00 |
| = | Ending Balance | 10,369.56 |

## + DEPOSITS

| Date | | Amount |
|---|---|---|
| 06-03 | DEPOSIT BRANCH | 1,040.00 |
| 06-03 | DEPOSIT BRANCH | 700.00 |
| 06-06 | OTC - TAX REFUND   TAX REFUND  *****661952GNTX | 3,570.00 |
| 06-13 | DEPOSIT BRANCH | 1,500.00 |
| 06-14 | INTEREST CREDIT | .07 |

## — WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---|
| 05-16 | CCRWD2 | PAYMENT | *****01892 | 83.35 |
| 05-17 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | 163.52 |
| 05-20 | JPWA | UTILITY DD | 35-1910-00 | 19.06 |
| 05-29 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 111.10 |
| 06-03 | BARCLAYCARD US | CREDITCARD | *****1295 | 2,974.15 |



Exhibit 1.1

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
06-15-19 to 07-14-19

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

0006455 T0925207131904484600 00000 01 000000000 00065244 002 OKLEL1

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

5 Images Provided Page 1 of 4

## ADVANTAGE

ACCOUNT:       7450



Statement Period from 06-15-19 through 07-14-19

| | | |
|---|---|---|
| $ Starting Balance | | 10,369.56 |
| + 3 Deposits | | 14,960.04 |
| - 9 Checks & Withdrawals | | 3,645.70 |
| - Service Fees | | .00 |
| = Ending Balance | | 21,683.90 |



**+ DEPOSITS**

| Date | | Amount |
|---|---|---|
| 06-21 DEPOSIT BRANCH | | 5,500.00 |
| 07-03 Allstate Insurance OCT CREDIT   VISA DIRECT   WI 569119 | | 9,459.90 |
| 07-12 INTEREST CREDIT | | .14 |

**— WITHDRAWALS**

| Date | | | | Amount |
|---|---|---|---|---|
| 06-17 CCRWD2 | PAYMENT | *****01892 | | 83.35 |
| 06-18 AMER ELECT PWR | CPPWDRAWAL | *****58371 | | 193.93 |
| 06-18 JPWA | UTILITY DD | 35-1910-00 | | 19.06 |
| 06-27 OK NATURAL GAS | UTIL PAYMT | *****7441096154 | | 81.10 |
| 07-03 BARCLAYCARD US | CREDITCARD | *****6818 | | 2,598.26 |



Exhibit 1.1

**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

0002159  T0925208151903471700 00000 01 000000000 00016804 002 OKLEL1

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

PRIMARY ACCOUNT
7450

Statement Period:
07-15-19 to 08-14-19

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

3 Images Provided Page 1 of 4

| ADVANTAGE | ACCOUNT: | 7450 |
|---|---|---|



Statement Period from 07-15-19 through 08-14-19

| | | | |
|---|---|---|---|
| $ | Starting Balance | | 21,683.90 |
| + | 3  Deposits | | 5,080.19 |
| - | 7  Checks & Withdrawals | | 4,872.27 |
| - | Service Fees | | .00 |
| = | Ending Balance | | 21,891.82 |



**+ DEPOSITS**

| Date | | Amount |
|---|---|---|
| 07-19 | DEPOSIT BRANCH | 1,580.00 |
| 07-31 | DEPOSIT BRANCH | 3,500.00 |
| 08-14 | INTEREST CREDIT | .19 |

**— WITHDRAWALS**

| Date | | | | Amount |
|---|---|---|---|---|
| 07-16 | CCRWD2 | PAYMENT | *****01892 | 94.15 |
| 07-17 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | 410.17 |
| 07-19 | JPWA | UTILITY DD | 35-1910-00 | 19.06 |
| 07-29 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 72.51 |
| 08-02 | CBANKS OUTLET #3 7 | POS PURCHASE OKLAHOMA CITY OK 844472 | | 55.32 |
| 08-05 | BARCLAYCARD US | CREDITCARD | *****6330 | 3,846.06 |



Exhibit 1.1

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

0008070  T092520914190505420000000 01 000000000 00078558 002 OKLEL1

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

PRIMARY ACCOUNT
7450

Statement Period:
08-15-19 to 09-14-19

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

4 Images Provided Page 1 of 4

| ADVANTAGE | ACCOUNT: | 7450 |
|---|---|---|



Statement Period from 08-15-19 through 09-14-19

| | | |
|---|---|---:|
| $ | Starting Balance | 21,891.82 |
| + | 4  Deposits | 1,613.86 |
| - | 7  Checks & Withdrawals | 3,236.02 |
| - | Service Fees | .00 |
| = | Ending Balance | 20,269.66 |

## + DEPOSITS

| Date | | | Amount |
|---|---|---|---:|
| 08-16 DEPOSIT BRANCH | | | 600.00 |
| 08-23 DEPOSIT BRANCH | | | 900.00 |
| 08-27 CNDT/GO1 | GO PROGRAM | *****79537 | 113.68 |
| 09-13 INTEREST CREDIT | | | .18 |

## — WITHDRAWALS

| Date | | | Amount |
|---|---|---|---:|
| 08-16 AMER ELECT PWR | CPPWDRAWAL | *****58371 | 535.60 |
| 08-16 CCRWD2 | PAYMENT | *****01892 | 137.35 |
| 08-19 JPWA | UTILITY DD | 35-1910-00 | 19.06 |
| 08-20 WITHDRAWAL | | | 60.00 |
| 08-28 OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 68.25 |
| 09-03 BARCLAYCARD US | CREDITCARD | *****5278 | 1,990.76 |



Exhibit 1.1

**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
09-15-19 to 10-14-19

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

www.bok.com

0000293  T09252101219044000000 00000 02 000000000 00086600 003 OKLEL2

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

9 Images Provided Page 1 of 5



| **ADVANTAGE** | ACCOUNT: | 7450 |
|---|---|---|

Statement Period from 09-15-19 through 10-14-19

| | | |
|---|---|---|
| $ | Starting Balance | 20,269.66 |
| + | 4  Deposits | 3,975.17 |
| - | 11  Checks & Withdrawals | 5,604.83 |
| - | Service Fees | .00 |
| = | Ending Balance | 18,640.00 |

## + DEPOSITS

| Date | | Amount |
|---|---|---|
| 09-16 | DEPOSIT - MOBILE | 500.00 |
| 09-16 | DEPOSIT - MOBILE | 600.00 |
| 09-24 | DEPOSIT BRANCH | 2,875.00 |
| 10-11 | INTEREST CREDIT | .17 |

## — WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---|
| 09-16 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | 460.47 |
| 09-16 | CCRWD2 | PAYMENT | *****01892 | 158.95 |
| 09-18 | JPWA | UTILITY DD | 35-1910-00 | 19.06 |
| 09-27 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 64.98 |
| 10-03 | BARCLAYCARD US | CREDITCARD | *****3636 | 3,744.87 |

Exhibit 1.1

**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

018 000000      7450 000000003306739 10142019 0115      00000293-0034243-0001-0005-T09252101219044000000-02-L

KWRLT_000269

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
10-15-19 to 11-14-19

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

www.bok.com

0002078  T092521115190330030 00000 01 000000000 00016801 002 OKLEL1

KAREN WOO REV LIV TR
KAREN WOO TTEE
VAN H WOO TTEE
2235 W 111TH ST
JENKS OK  74037

5 Images Provided Page 1 of 4

## ADVANTAGE                                    ACCOUNT:        7450



Statement Period from 10-15-19 through 11-14-19

| | | |
|---|---|---|
| $ | Starting Balance | 18,640.00 |
| + | 6  Deposits | 22,373.26 |
| - | 8  Checks & Withdrawals | 9,522.87 |
| - | Service Fees | .00 |
| = | Ending Balance | 31,490.39 |



### + DEPOSITS

| Date | | | | | | Amount |
|---|---|---|---|---|---|---|
| 10-16 DEPOSIT BRANCH | | | | | | 8,000.00 |
| 10-22 OTC - TAX REFUND | TAX REFUND | *****083264GNTX | | | | 4,873.00 |
| 10-22 DEPOSIT BRANCH | | | | | | 5,400.00 |
| 11-04 DEPOSIT BRANCH | | | | | | 3,500.00 |
| 11-08 7110 S OLYMPIA | ATM DEPOSIT  TULSA | | OK | 002271 | | 600.00 |
| 11-14 INTEREST CREDIT | | | | | | .26 |

### — WITHDRAWALS

| Date | | | Amount |
|---|---|---|---|
| 10-16 AMER ELECT PWR | CPPWDRAWAL | *****58371 | 468.83 |
| 10-16 CCRWD2 | PAYMENT | *****01892 | 99.55 |
| 10-18 JPWA | UTILITY DD | 35-1910-00 | 21.30 |
| 10-28 OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 66.69 |
| 11-04 BARCLAYCARD US | CREDITCARD | *****5339 | 5,216.51 |
| 11-14 AMER ELECT PWR | CPPWDRAWAL | *****58371 | 274.99 |



Exhibit 1.1

FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
11-15-19 to 12-14-19

KAREN WOO REV LIV TR
KAREN WOO TRUSTEE
2235 W 111TH ST
JENKS OK  74037

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

4 Images Provided Page 6 of 9

## ADVANTAGE

ACCOUNT:          7450



Statement Period from 11-15-19 through 12-14-19

| | | |
|---|---|---|
| $ | Starting Balance | 31,490.39 |
| + | 4  Deposits | 25,310.28 |
| - | 7  Checks & Withdrawals | 5,344.89 |
| - | Service Fees | .00 |
| = | Ending Balance | 51,455.78 |

### + DEPOSITS

| Date | | Amount |
|---|---|---|
| 11-20 | DEPOSIT BRANCH | 1,000.00 |
| 11-22 | DEPOSIT BRANCH | 4,425.00 |
| 12-12 | DEPOSIT BRANCH | 19,885.00 |
| 12-13 | INTEREST CREDIT | .28 |

### − WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---|
| 11-18 | NORTHWESTERN MU | ISA PAYMNT | 8069810 02 | 1,177.87 |
| 11-18 | CCRWD2 | PAYMENT | *****01892 | 110.35 |
| 11-18 | JPWA | UTILITY DD | 35 1910 00 | 21.30 |
| 11-27 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 95.76 |
| 12-03 | BARCLAYCARD US | CREDITCARD | *****0550 | 2,220.13 |
| 12-13 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | 181.48 |

Exhibit 1.1

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
12-15-19 to 01-14-20

KAREN WOO REV LIV TR
KAREN WOO TRUSTEE
2235 W 111TH ST
JENKS OK  74037

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

9 Images Provided Page 7 of 12

## ADVANTAGE                                                   ACCOUNT:      7450



Statement Period from 12-15-19 through 01-14-20

| | | |
|---|---|---|
| $ | Starting Balance | 51,455.78 |
| + | 3  Deposits | 2,508.29 |
| - | 17  Checks & Withdrawals | 26,887.46 |
| - | Service Fees | .00 |
| = | Ending Balance | 27,076.61 |

### DEPOSITS

| Date | | | Amount |
|---|---|---|---|
| 12-20 DEPOSIT BRANCH | | | 2,500.00 |
| 01-13 PAYPAL | TRANSFER | *****20229551 | 8.00 |
| 01-14 INTEREST CREDIT | | | .29 |

### WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---|
| 12-16 CCRWD2 | PAYMENT | *****01892 | | 115.75 |
| 12-17 NORTHWESTERN MU | ISA PAYMNT | 8069810-02 | | 1,177.87 |
| 12-18 JPWA | UTILITY DD | 35-1910-00 | | 21.30 |
| 12-24 ARCO #42491 AMPM | CHK CARD PUR WHITTIER | | CA 801554 | 54.13 |
| 12-30 ARCO #42326 | CHK CARD PUR WHITTIER | | CA 775133 | 53.40 |
| 12-31 OK NATURAL GAS | UTIL PAYMT | *****7441096154 | | 150.32 |
| 01-02 1954  OKLA 1954 | INVESTMENT | *****0001924735 | | 3,500.00 |
| 01-03 BARCLAYCARD US | CREDITCARD | *****8475 | | 2,167.29 |
| 01-13 PAYPAL | INST XFER | MWOO | | 462.00 |



Exhibit 1.1

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
01-15-20 to 02-14-20

KAREN WOO REV LIV TR
KAREN WOO TRUSTEE
2235 W 111TH ST
JENKS OK  74037

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

5 Images Provided Page 6 of 10

## ADVANTAGE

ACCOUNT:       7450



Statement Period from 01-15-20 through 02-14-20

| | | |
|---|---|---:|
| $ | Starting Balance | 27,076.61 |
| + | 4  Deposits | 8,591.24 |
| - | 11  Checks & Withdrawals | 6,480.53 |
| - | Service Fees | .00 |
| = | Ending Balance | 29,187.32 |

## ➕ DEPOSITS

| Date | | | | Amount |
|---|---|---|---|---:|
| 01-22 | DEPOSIT BRANCH | | | 6,611.00 |
| 01-23 | 1954: OKLA 1954 | INVESTMENT | *****0001879321 | .00 |
| 01-31 | DEPOSIT BRANCH | | | 1,980.00 |
| 02-14 | INTEREST CREDIT | | | .24 |

## ➖ WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---:|
| 01-16 | NORTHWESTERN MU | ISA PAYMNT | 8069810-02 | 1,177.87 |
| 01-16 | CCRWD2 | PAYMENT | *****01892 | 77.95 |
| 01-17 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | 257.73 |
| 01-21 | JPWA | UTILITY DD | 35-1910-00 | 21.30 |
| 01-23 | 1954  OKLA 1954 | INVESTMENT | *****0001879321 | 1,055.40 |
| 01-23 | 1954: OKLA 1954 | INVESTMENT | *****0001879321 | .00 |
| 01-29 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 148.20 |
| 02-03 | BARCLAYCARD US | CREDITCARD | *****2028 | 2,179.61 |

Exhibit 1.1

00000115-0066305-0006-0010-T0925202152004361000-03-L

KWRLT_000357

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
02-15-20 to 03-14-20

KAREN WOO REV LIV TR
KAREN WOO TRUSTEE
2235 W 111TH ST
JENKS OK  74037

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

2 Images Provided Page 6 of 10

## ADVANTAGE

ACCOUNT:          7450



Statement Period from 02-15-20 through 03-14-20

| | | |
|---|---|---|
| $ | Starting Balance | 29,187.32 |
| + | 2  Deposits | 9,700.25 |
| - | 7  Checks & Withdrawals | 7,453.71 |
| - | Service Fees | .00 |
| = | Ending Balance | 31,433.86 |

### DEPOSITS

| Date | | Amount |
|---|---|---|
| 02-25 | DEPOSIT BRANCH | 9,700.00 |
| 03-13 | INTEREST CREDIT | .25 |

### WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---|
| 02-18 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | 235.86 |
| 02-18 | CCRWD2 | PAYMENT | *****01892 | 68.65 |
| 02-18 | JPWA | UTILITY DD | 35-1910-00 | 21.30 |
| 02-19 | NORTHWESTERN MU | ISA PAYMNT | 8069810-02 | 1,177.87 |
| 02-27 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 140.94 |
| 03-03 | BARCLAYCARD US | CREDITCARD | *****2197 | 5,434.09 |

Exhibit 1.1

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
03-15-20 to 04-14-20

KAREN WOO REV LIV TR
KAREN WOO TRUSTEE
2235 W 111TH ST
JENKS OK  74037

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

8 Images Provided Page 6 of 10

Redacted - This account is for the benefit of Matthew Woo

---

**ADVANTAGE**                                    ACCOUNT:          7450

Statement Period from 03-15-20 through 04-14-20

| | | Amount |
|---|---|---|
| $ | Starting Balance | 31,433.86 |
| + | 3  Deposits | 43,200.44 |
| - | 10  Checks & Withdrawals | 3,674.86 |
| - | Service Fees | .00 |
| = | Ending Balance | 70,959.44 |

---

DEPOSITS

| Date | | Amount |
|---|---|---|
| 03-23 | DEPOSIT BRANCH | 15,000.00 |
| 04-02 | DEPOSIT BRANCH | 28,200.00 |
| 04-14 | INTEREST CREDIT | .44 |

Exhibit 1.1

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
04-15-20 to 05-14-20

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

KAREN WOO REV LIV TR
KAREN WOO TRUSTEE
2235 W 111TH ST
JENKS OK  74037

5 Images Provided Page 6 of 10

## ADVANTAGE

ACCOUNT:          7450



Statement Period from 04-15-20 through 05-14-20

| | | Amount |
|---|---|---|
| $ | Starting Balance | 70,959.44 |
| + | 3  Deposits | 2,200.55 |
| - | 11  Checks & Withdrawals | 13,110.48 |
| - | Service Fees | .00 |
| = | Ending Balance | 60,049.51 |

### DEPOSITS

| Date | | Amount |
|---|---|---|
| 05-06 | DEPOSIT - MOBILE | 200.00 |
| 05-06 | DEPOSIT - MOBILE | 2,000.00 |
| 05-14 | INTEREST CREDIT | .55 |

### WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---|
| 04-16 | NORTHWESTERN MU | ISA PAYMNT | 8069810-02 | 1,177.87 |
| 04-16 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | 170.20 |
| 04-16 | CCRWD2 | PAYMENT | *****01892 | 63.00 |
| 04-20 | JPWA | UTILITY DD | 35-1910-00 | 21.30 |
| 04-28 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 88.05 |
| 05-04 | BARCLAYCARD US | CREDITCARD | *****5634 | 5,133.29 |
| 05-05 | PATHWAYS | TUITION | | 312.00 |
| 05-11 | PAYPAL | INST XFER | MARYPINTO | 130.00 |

Exhibit 1.1

00006355-0016615-0006-0010-T0925205152004581800-01-L

KWRLT_000387

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
05-15-20 to 06-14-20

KAREN WOO REV LIV TR
KAREN WOO TRUSTEE
2235 W 111TH ST
JENKS OK  74037

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

7 Images Provided Page 6 of 10

## ADVANTAGE

ACCOUNT:  7450



Statement Period from 05-15-20 through 06-14-20

| | | |
|---|---|---:|
| $ | Starting Balance | 60,049.51 |
| + | 5  Deposits | 2,687.54 |
| - | 9  Checks & Withdrawals | 3,415.22 |
| - | Service Fees | .00 |
| = | Ending Balance | 59,321.83 |

### DEPOSITS

| Date | | Amount |
|---|---|---:|
| 06-12 DEPOSIT - MOBILE | | 387.05 |
| 06-12 DEPOSIT - MOBILE | | 1,000.00 |
| 06-12 DEPOSIT - MOBILE | | 100.00 |
| 06-12 DEPOSIT - MOBILE | | 1,200.00 |
| 06-12 INTEREST CREDIT | | .49 |

### WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---:|
| 05-18 NORTHWESTERN MU | ISA PAYMNT | 8069810-02 | | 1,177.87 |
| 05-18 AMER ELECT PWR | CPPWDRAWAL | *****58371 | | 174.12 |
| 05-18 PAYPAL | INST XFER | MARYPINTO | | 169.00 |
| 05-18 CCRWD2 | PAYMENT | *****01892 | | 74.30 |
| 05-18 JPWA | UTILITY DD | 35-1910-00 | | 21.30 |
| 05-28 OK NATURAL GAS | UTIL PAYMT | *****7441096154 | | 73.52 |
| 06-03 BARCLAYCARD US | CREDITCARD | *****8440 | | 1,298.11 |

Exhibit 1.1

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
06-15-20 to 07-14-20

KAREN WOO REV LIV TR
KAREN WOO TRUSTEE
2235 W 111TH ST
JENKS OK  74037

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

2 Images Provided Page 6 of 10

## ADVANTAGE

ACCOUNT:          7450



Statement Period from 06-15-20 through 07-14-20

| | | |
|---|---|---:|
| $ | Starting Balance | 59,321.83 |
| + | 2  Deposits | 10,000.43 |
| - | 8  Checks & Withdrawals | 10,601.01 |
| - | Service Fees | .00 |
| = | Ending Balance | 58,721.25 |

### DEPOSITS

| Date | | Amount |
|---|---|---:|
| 07-10 | DEPOSIT BRANCH | 10,000.00 |
| 07-14 | INTEREST CREDIT | .43 |

### WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---:|
| 06-16 | NORTHWESTERN MU | ISA PAYMNT | 8069810-02 | 1,177.87 |
| 06-16 | CCRWD2 | PAYMENT | *****01892 | 102.55 |
| 06-17 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | 177.69 |
| 06-18 | JPWA | UTILITY DD | 35-1910-00 | 21.30 |
| 06-29 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 56.53 |
| 07-03 | BARCLAYCARD US | CREDITCARD | *****5957 | 2,422.82 |
| 07-06 | PATHWAYS | TUITION | | 312.00 |

Exhibit 1.1

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
07-15-20 to 08-14-20

KAREN WOO REV LIV TR
KAREN WOO TRUSTEE
2235 W 111TH ST
JENKS OK  74037

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

8 Images Provided Page 6 of 11

## ADVANTAGE

ACCOUNT:           7450



Statement Period from 07-15-20 through 08-14-20

| | | |
|---|---|---:|
| $ | Starting Balance | 58,721.25 |
| + | 3  Deposits | 1,109.45 |
| - | 23  Checks & Withdrawals | 8,549.24 |
| - | Service Fees | .00 |
| = | Ending Balance | 51,281.46 |

### DEPOSITS

| Date | | | | | Amount |
|---|---|---|---|---|---:|
| 07-28 DEPOSIT - MOBILE | | | | | 1,100.00 |
| 08-03 ATWOOD 02 SAPULPA | POS RETURN | SAPULPA | | OK 000033 | 9.00 |
| 08-14 INTEREST CREDIT | | | | | .45 |

### WITHDRAWALS

| Date | | | | | Amount |
|---|---|---|---|---|---:|
| 07-16 NORTHWESTERN MU | ISA PAYMNT | 8069810-02 | | | 1,177.87 |
| 07-16 AMER ELECT PWR | CPPWDRAWAL | *****58371 | | | 312.92 |
| 07-16 CCRWD2 | PAYMENT | *****01892 | | | 79.95 |
| 07-20 JPWA | UTILITY DD | 35-1910-00 | | | 21.30 |
| 07-21 DILLARDS 791 PROME POS PURCHASE TULSA | | | | OK 500671 | 52.41 |
| 07-22 THE FRESH MARKET 1 POS PURCHASE TULSA | | | | OK 401300 | 86.28 |
| 07-29 OK NATURAL GAS | UTIL PAYMT | *****7441096154 | | | 51.77 |
| 08-03 NNT ATWOOD 02 SAPU POS PURCHASE SAPULPA | | | | OK 637621 | 441.00 |
| 08-03 LOWE'S #2756 | POS PURCHASE TULSA | | | OK 295861 | 216.76 |

Exhibit 1.1

00004229-0052453-0006-0011-T0925208152006274700-02-L

KWRLT_000417

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
08-15-20 to 09-14-20

KAREN WOO REV LIV TR
KAREN WOO TRUSTEE
2235 W 111TH ST
JENKS OK  74037

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

4 Images Provided Page 6 of 10

## ADVANTAGE

ACCOUNT:          7450



Statement Period from 08-15-20 through 09-14-20

| | | Amount |
|---|---|---|
| $ | Starting Balance | 51,281.46 |
| + | 2  Deposits | 1,100.39 |
| - | 13  Checks & Withdrawals | 15,701.74 |
| - | Service Fees | .00 |
| = | Ending Balance | 36,680.11 |

### DEPOSITS

| Date | | Amount |
|---|---|---|
| 08-20 | DEPOSIT - MOBILE | 1,100.00 |
| 09-14 | INTEREST CREDIT | .39 |

### WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---|
| 08-17 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | 382.98 |
| 08-17 | CCRWD2 | PAYMENT | *****01892 | 142.10 |
| 08-18 | NORTHWESTERN MU | ISA PAYMNT | 8069810-02 | 1,177.87 |
| 08-19 | JPWA | UTILITY DD | 35-1910-00 | 21.30 |
| 08-27 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 52.03 |
| 09-03 | BARCLAYCARD US | CREDITCARD | *****0030 | 1,605.05 |
| 09-04 | BARCLAYCARD US | CREDITCARD | *****9292 | 2,880.75 |
| 09-04 | PATHWAYS | TUITION | | 312.00 |
| 09-09 | BARCLAYCARD US | CREDITCARD | *****8455 | 8,183.48 |
| 09-11 | CITI CARD ONLINE | PAYMENT | *****8345831542 | 64.18 |

Exhibit 1.1

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
09-15-20 to 10-14-20

KAREN WOO REV LIV TR
KAREN WOO TRUSTEE
2235 W 111TH ST
JENKS OK  74037

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

5 Images Provided Page 6 of 10

---

## ADVANTAGE

ACCOUNT:          7450



Statement Period from 09-15-20 through 10-14-20

| | | |
|---|---|---|
| $ | Starting Balance | 36,680.11 |
| + | 2  Deposits | 1,100.27 |
| - | 10  Checks & Withdrawals | 5,496.48 |
| - | Service Fees | .00 |
| = | Ending Balance | 32,283.90 |

---

DEPOSITS

| Date | | Amount |
|---|---|---|
| 09-21 DEPOSIT - MOBILE | | 1,100.00 |
| 10-14 INTEREST CREDIT | | .27 |

---

WITHDRAWALS

| Date | | | Amount |
|---|---|---|---|
| 09-15 AMER ELECT PWR | CPPWDRAWAL | *****58371 | 375.21 |
| 09-16 NORTHWESTERN MU | ISA PAYMNT | 8069810-02 | 1,177.87 |
| 09-16 CCRWD2 | PAYMENT | *****01892 | 96.90 |
| 09-21 JPWA | UTILITY DD | 35-1910-00 | 21.30 |
| 09-29 OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 53.40 |
| 10-05 PATHWAYS | TUITION | | 312.00 |

Exhibit 1.1

# **BANK OF OKLAHOMA**

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
10-15-20 to 11-14-20

KAREN WOO REV LIV TR
KAREN WOO TRUSTEE
2235 W 111TH ST
JENKS OK  74037

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

3 Images Provided Page 6 of 10

## ADVANTAGE

ACCOUNT:             7450



Statement Period from 10-15-20 through 11-14-20

| | | |
|---|---|---|
| $ | Starting Balance | 32,283.90 |
| + | 2  Deposits | 1,100.22 |
| - | 12  Checks & Withdrawals | 13,072.09 |
| - | Service Fees | .00 |
| = | Ending Balance | 20,312.03 |

### DEPOSITS

| Date | | Amount |
|---|---|---|
| 10-16 | DEPOSIT - MOBILE | 1,100.00 |
| 11-13 | INTEREST CREDIT | .22 |

### WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---|
| 10-15 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | 359.87 |
| 10-16 | NORTHWESTERN MU | ISA PAYMNT | 8069810-02 | 1,177.87 |
| 10-16 | CCRWD2 | PAYMENT | *****01892 | 153.40 |
| 10-19 | JPWA | UTILITY DD | 35-1910-00 | 21.30 |
| 10-20 | DEPOSITED ITEM RTN | | 999999 | 1,100.00 |
| 10-20 | DEP ITEM RTN FEE | | | 12.00 |
| 10-28 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 54.84 |
| 11-02 | BARCLAYCARD US | CREDITCARD | *****5288 | 8,501.43 |
| 11-04 | PATHWAYS | TUITION | | 312.00 |
| 11-13 | AMER ELECT PWR | CPPWDRAWAL | *****58371 | 227.44 |

Exhibit 1.1

00007720-0064458-0006-0010-T0925211142003534400-02-L

KWRLT_000448

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
11-15-20 to 12-14-20

KAREN WOO REV LIV TR
KAREN WOO TRUSTEE
2235 W 111TH ST
JENKS OK  74037

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

9 Images Provided Page 6 of 11

## ADVANTAGE

ACCOUNT:            7450



Statement Period from 11-15-20 through 12-14-20

| | | |
|---|---|---:|
| $ | Starting Balance | 20,312.03 |
| + | 4  Deposits | 21,200.28 |
| - | 14  Checks & Withdrawals | 6,541.31 |
| - | Service Fees | .00 |
| = | Ending Balance | 34,971.00 |

### DEPOSITS

| Date | | Amount |
|---|---|---:|
| 11-19 | DEPOSIT BRANCH | 10,600.00 |
| 11-23 | DEPOSIT BRANCH | 9,500.00 |
| 12-11 | DEPOSIT - MOBILE | 1,100.00 |
| 12-14 | INTEREST CREDIT | .28 |

### WITHDRAWALS

| Date | | | | | Amount |
|---|---|---|---|---|---:|
| 11-16 | CCRWD2 | PAYMENT | *****01892 | | 176.00 |
| 11-17 | NORTHWESTERN MU | ISA PAYMNT | 8069810-02 | | 1,177.87 |
| 11-18 | JPWA | UTILITY DD | 35-1910-00 | | 22.30 |
| 11-24 | WAL-MART #4615 | POS PURCHASE GLENPOOL | | OK  937673 | 45.87 |
| 11-30 | Vera Bradley Sales | CHK CARD PUR Roanoke | | IN  081872 | 94.00 |
| 11-30 | GOODWILL GLENPOOL | CHK CARD PUR SAPULPA | | OK  042934 | 38.00 |
| 11-30 | WM SUPERCENTER # | POS PURCHASE GLENPOOL | | OK  039198 | 37.08 |
| 11-30 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | | 81.33 |

Exhibit 1.1

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

PRIMARY ACCOUNT
7450

Statement Period:
12-15-20 to 01-14-21

KAREN WOO REV LIV TR
KAREN WOO TRUSTEE
2235 W 111TH ST
JENKS OK  74037

Direct Inquiries To:
24-Hour ExpressBank
918-588-6010

**www.bok.com**

6 Images Provided Page 7 of 12

## ADVANTAGE

ACCOUNT:        7450



Statement Period from 12-15-20 through 01-14-21

```
$   Starting Balance              34,971.00
+    3  Deposits                    6,479.76
-   11  Checks & Withdrawals       32,454.69
-   Service Fees                         .00
=   Ending Balance                  8,996.07
```



DEPOSITS

| Date | | Amount |
|---|---|---|
| 12-24 | DEPOSIT - MOBILE | 174.54 |
| 12-24 | DEPOSIT BRANCH | 6,305.00 |
| 01-14 | INTEREST CREDIT | .22 |

WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---|
| 12-16 | NORTHWESTERN MU | ISA PAYMNT | 8069810-02 | 1,177.87 |
| 12-16 | CCRWD2 | PAYMENT | *****01892 | 113.85 |
| 12-18 | JPWA | UTILITY DD | 35-1910-00 | 22.30 |
| 12-29 | BARCLAYCARD US | CREDITCARD | *****7519 | 4,000.00 |
| 12-30 | OK NATURAL GAS | UTIL PAYMT | *****7441096154 | 128.59 |
| 01-04 | PATHWAYS | TUITION | | 312.00 |
| 01-13 | BARCLAYCARD US | CREDITCARD | *****0773 | 9,058.08 |



Exhibit 1.1